```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 06545
   ALVONJA SMITH
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3954
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/24/05 and confirmed on 07/14/05.

   2.  The case was converted to Chapter 7 after confirmation, 08/14/2008.

   3.  The Debtor paid a total of $  37204.61 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DAIMLER CHRYSLER FINANCI | SECURED | 12941.00 | 2261.42 | 8035.98 |
| GMAC PAYMENT CENTER | SECURED | 22791.97 | 4437.40 | 12585.33 |
| SMC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | 680.24 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 457.95 | .00 | .00 |
| ILL STATE TOLL HIWAY AUT | UNSECURED | 3137.70 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 525.02 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED | 9973.41 | 1165.28 | 3306.79 |
| GMAC PAYMENT CENTER | UNSECURED | .00 | .00 | .00 |
| JAMES M PHILBRICK | ADMINISTRATIV | 650.00 | .00 | 650.00 |
| ILLINOIS STUDENT ASSIST | FILED LATE | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED | 157.26 | .00 | 64.60 |

        Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 45863.64 | 650.00 | 4800.91 | .00 | 51314.55 |
| PRINCIPAL PAID | 23992.70 | 650.00 | .00 | .00 | 24642.70 |
| INTEREST PAID | 7864.10 | .00 | .00 | .00 | 7864.10 |
| TOTAL PAID | 31856.80 | 650.00 | .00 | .00 | 32506.80 |

The Debtor's attorney, MELVIN J KAPLAN              , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $   1513.19 .

Refunds to the Debtor totaled $    484.62 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 11/13/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
       CASE NO. 05 B 06545 ALVONJA SMITH
```